**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1874**

MAYOR AND CITY COUNCIL OF BALTIMORE,

             Plaintiff,

        v.

WELLS FARGO BANK NA; WELLS FARGO FINANCIAL LEASING,
INCORPORATED,

             Defendants – Appellees,

        v.

DAVID M. KISSI,

             Party-in-Interest - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District
Judge.  (1:08-cv-00062-BEL)

Submitted:  April 23, 2009          Decided:  April 29, 2009

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David M. Kissi, Appellant Pro Se.  Michael P. Kelly, SKADDEN,
ARPS, SLATE, MEAGHER & FLOM, LLP, Washington, D.C., for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David M. Kissi seeks to appeal the district court's orders denying various motions he filed in the underlying proceeding which is ongoing in the district court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders Kissi seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny Kissi's motion for appointment of counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED